UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE COLUMBIA COUNTY CORRECTIONS OFFICER'S
BENEVOLENT ASSOCIATION, LOCAL 3828, NEW
YORK STATE LAW ENFORCEMENT OFFICERS UNION,
DISTRICT COUNCIL 82, AFSCME, AFL-CIO; and,
MATTHEW HOGENCAMP, as President of the Columbia
County Corrections Officer's Benevolent Association, Local
3828, New York State Law Enforcement Officers Union,
District Council 82, AFSCME, AFL-CIO, individually and on
behalf of all similarly situated members,

|  |  |
|---|---|
| **STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)** | |

*Plaintiffs*,

20-CV-684

(BKS) (CFH)

-against-

MATT B. MURELL, in his official capacity as Chairman of
the Board of Supervisors of Columbia County, P. J. KEELER,
JR., in his official capacity as County Treasurer of Columbia
County, RONALD CAPONERA, in his official capacity as
County Comptroller of Columbia County, ROBERT J.
FITZSIMMONS, in his official capacity as County Attorney
of Columbia County, MICHAELE WILLIAMS-RIORDON,
in her official capacity as Human Resources Director of
Columbia County, DAVID P. BARTLETT, in his official
capacity as Sheriff of Columbia County, the COLUMBIA
COUNTY BOARD OF SUPERVISORS, and the COUNTY
OF COLUMBIA,

*Defendants*.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys

for all of the parties to the above-entitled action, that, whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed, and no person not a party has an

interest in the subject matter of the action, the above-entitled action be and the same hereby is settled

and discontinued upon the following terms and conditions, which it is agreed are of and shall have no

legal precedential value in any other case either between the parties to this case or any other parties:

    1.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby

discontinue this action with prejudice, and without damages, costs, interest or attorney's fees. The parties discharge and release each other from any and all claims, demands, or causes of action, known or unknown, now existing or hereafter arising, whether presently asserted or not, which relate in any way to the subject matter of this action, and further agree to discontinue and/or not to commence or to pursue in any court, arbitration or administrative proceeding, any litigation, appeal or claim against one another pertaining to the underlying facts, circumstances or incidents that gave rise to the aforementioned action, or any results of the aforementioned facts, circumstances or incidents.

2.     The parties agree that no provision of this settlement shall be interpreted to be an acknowledgment of the validity of any of the allegations or claims that have been made in the action.

3.     This settlement does not constitute a determination of, or admission by any party to, any underlying allegations, facts or merits of their respective positions. The settlement of this action is limited to the circumstances in this case alone and shall not be given effect beyond the specific provisions stipulated to. This settlement does not form and shall not be claimed as any precedent for or an agreement by the parties to any generally applicable policy or procedure in the future.

The foregoing constitutes the entire agreement of the parties.

Dated: Albany, New York
       November 30, 2021

LAW OFFICE OF JEFFREY P. MANS

By:

Jeffrey P. Mans, Esq.
*Attorney for Plaintiffs*
P.O. Box 11-282
Albany, New York 12211-0282
(518) 265-4135
adkhighlander@gmail.com

Dated: Albany, New York
      December 1 , 2021

HINMAN STRAUB P.C.

By:

*Elena DeFio Kean*

Elena DeFio Kean, Esq.
*Attorney for Defendants*
121 State Street
Albany, New York 12207
(518) 436-0751
ekean@hinmanstraub.com

Dated: Albany, New York
      December 2 , 2021

SO ORDERED:

*Brenda K Sannes*

Hon. Brenda K. Sannes, USDJ

3